UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| JESSICA ANNA DE BACKRE DALI,<br><br>Plaintiff,<br><br>v.<br><br>MERCEDES-BENZ USA, LLC, a Delaware Limited Liability Company,<br><br>Defendant. | No. 2:22-cv-00287 WBS DB |

----oo0oo----

STATUS (PRETRIAL SCHEDULING) ORDER

After reviewing the parties' Joint Status Report, the court hereby vacates the Status (Pretrial Scheduling) Conference scheduled for June 21, 2022, and makes the following findings and orders without needing to consult with the parties any further.

I.   SERVICE OF PROCESS

All named defendants have been served, and no further service is permitted without leave of court, good cause having been shown under Federal Rule of Civil Procedure 16(b).

1

## II. JOINDER OF PARTIES/AMENDMENTS

No further joinder of parties or amendments to pleadings will be permitted except with leave of court, good cause having been shown under Federal Rule of Civil Procedure 16(b). See Johnson v. Mammoth Recreations, Inc., 975 F.2d 604 (9th Cir. 1992).

## III. JURISDICTION/VENUE

Jurisdiction is predicated upon 28 U.S.C. § 1332, because there is complete diversity between the parties and the amount in controversy exceeds $75,000. Venue is undisputed and hereby found to be proper.

## IV. DISCOVERY

The parties agree to serve the initial disclosures required by Federal Rule of Civil Procedure 26(a)(1) on or before June 17, 2022.

The parties shall disclose experts and produce reports in accordance with Federal Rule of Civil Procedure 26(a)(2) by no later than May 17, 2023. With regard to expert testimony intended solely for rebuttal, those experts shall be disclosed and reports produced in accordance with Federal Rule of Civil Procedure 26(a)(2) on or before May 31, 2023.

All discovery, including depositions for preservation of testimony, is left open, save and except that it shall be so conducted as to be completed by June 14, 2023. The word "completed" means that all discovery shall have been conducted so that all depositions have been taken and any disputes relevant to discovery shall have been resolved by appropriate order if necessary and, where discovery has been ordered, the order has

been obeyed.  All motions to compel discovery must be noticed on the magistrate judge's calendar in accordance with the local rules of this court and so that such motions may be heard (and any resulting orders obeyed) not later than June 14, 2023.

V.   MOTION HEARING SCHEDULE

All motions, except motions for continuances, temporary restraining orders, or other emergency applications, shall be filed on or before July 10, 2023.  All motions shall be noticed for the next available hearing date.  Counsel are cautioned to refer to the local rules regarding the requirements for noticing and opposing such motions on the court's regularly scheduled law and motion calendar.

VI.  FINAL PRETRIAL CONFERENCE

The Final Pretrial Conference is set for September 11, 2023, at 1:30 p.m. in Courtroom No. 5 or via videoconference. The Courtroom Deputy will notify the parties prior to the Conference whether the Conference will be held in person of via videoconference.  The conference shall be attended by at least one of the attorneys who will conduct the trial for each of the parties and by any unrepresented parties.

Counsel for all parties are to be fully prepared for trial at the time of the Pretrial Conference, with no matters remaining to be accomplished except production of witnesses for oral testimony.  Counsel shall file separate pretrial statements, and are referred to Local Rules 281 and 282 relating to the contents of and time for filing those statements.  In addition to those subjects listed in Local Rule 281(b), the parties are to provide the court with: (1) a plain, concise statement which

1 identifies every non-discovery motion which has been made to the
2 court, and its resolution; (2) a list of the remaining claims as
3 against each defendant; and (3) the estimated number of trial
4 days.
5           In providing the plain, concise statements of
6 undisputed facts and disputed factual issues contemplated by
7 Local Rule 281(b)(3)-(4), the parties shall emphasize the claims
8 that remain at issue, and any remaining affirmatively pled
9 defenses thereto.  If the case is to be tried to a jury, the
10 parties shall also prepare a succinct statement of the case,
11 which is appropriate for the court to read to the jury.
12 VII. TRIAL SETTING
13           The jury trial is set for October 24, 2023 at 9:00 a.m.
14 The parties estimate that the trial will last five days.
15 VIII.     SETTLEMENT CONFERENCE
16           The parties state they will schedule a private
17 mediation and complete it by June 28, 2023.  If the case has not
18 settled by the time of the Pretrial Conference, a Settlement
19 Conference with a magistrate judge will be set at that time.
20 Counsel are instructed to have a principal with full settlement
21 authority present at the Settlement Conference or to be fully
22 authorized to settle the matter on any terms.  At least seven
23 calendar days before the Settlement Conference counsel for each
24 party shall submit a confidential Settlement Conference Statement
25 for review by the settlement judge.  The Settlement Conference
26 Statements shall not be filed and will not otherwise be disclosed
27 to the trial judge.
28 IX.  MODIFICATIONS TO SCHEDULING ORDER

1  Any requests to modify the dates or terms of this
2  Scheduling Order, except requests to change the date of the
3  trial, may be heard and decided by the assigned Magistrate Judge.
4  All requests to change the trial date shall be heard and decided
5  only by the undersigned judge.
6  IT IS SO ORDERED.
7  Dated: June 14, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE