# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA ANNA DE BACKRE DALI, an individual,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>MERCEDES-BENZ USA, LLC, a Delaware Limited Liability Company, and DOES 1 through 10, inclusive,<br><br>　　　　　　Defendants. | Case No: 2:22-cv-00287-WBS-DB<br><br>**ORDER OF DISMISSAL** |

Based on the stipulation of the parties, and good cause appearing therefore, the stipulation is approved. The entire action, including all claims and counterclaims stated herein against all parties, is hereby ORDERED dismissed with prejudice, each side to bear its own costs and attorney's fees.

**IT IS SO ORDERED.**

Dated: June 29, 2023

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1
ORDER OF DISMISSAL